# EXHIBIT 3

**U.S. Department of Labor**



| | | |
|---|---|---:|
| Firm: | Quality Inn | |
| | 3716 E. Tucumcari Blvd | |
| | TUCUMCARI NM 88401 | |

Back Wages Due: $4,907.69
Liquidated Damages Due: $4,907.69
Interest: $0.00
Less: Federal Income taxes: $1,226.92
Medicare taxes: $71.16
Social Security taxes: $304.27
Total Amount Due: $8,213.03

Date: 12/14/2023

To: Deborah Piazza
3641 Quay Road 63
TUCUMCARI NM 88401

Interest and taxes calculated are subject to change.

☐ You will be paid in installments as sufficient payments are received from the firm.

An investigation of the firm named above has been completed by this office. The investigation covered the time beginning with the workv ___11/7/202___through the workwee ___8/27/202.___

Back wages and any liquidated damages or other compensation in the amount shown were found due to you under the Fair Labor Standards Act.

☑ These back wages, and any liquidated damages or other compensation, have been obtained from the firm in full or in part and are on deposit with the U.S. Treasury.

☐ The firm has agreed to pay you upon notification by this office of your current address.

☐ The firm has agreed to pay you and a check for the amount due has been turned over to this office.

To facilitate proper preparation and/or delivery of your check(s), please complete and return one copy of the form found on page 2; you keep the extra copy. With the WH-60, submit a copy of your Social Security card, W-2, pay stub or other documentation that includes your name and Social Security number.

RETALIATION AND KICKBACKS PROHIBITED: Your employer is prohibited from retaliating against you for accepting payment of wages you are owed or from requiring you to return or decline payment of the wages owed to you. Your employer is also prohibited from retaliating against any person who files a complaint with the Wage and Hour Division (WHD) or cooperates with a WHD investigation. Your employer is also prohibited from interfering with, restraining, or denying the exercise of Family Medical Leave Act (FMLA) rights. You should contact the WHD immediately if your employer takes any of these actions or fails to comply with the law in the future. Your identity will be kept confidential to the maximum extent possible under existing law. You may contact the WHD by calling 1-866-487-9243.

NOTICE: The amount of back wages, liquidated damages, or other compensation listed was agreed to by the WHD and your employer and is based on the findings of a WHD investigation. If you accept this payment of wages and liquidated damages due under the Fair Labor Standards Act (FLSA) or Family Medical Leave Act (FMLA), you waive any right you have to bring suit on your behalf for the payment of such unpaid minimum wages and/or unpaid overtime compensation for the period of time indicated above and an equal amount in liquidated damages, plus attorney's fees and court costs under Section 16(b) of the FLSA or Section 107 of the FMLA. Generally, a suit for unpaid wages or other compensation, including liquidated damages must be filed within two years of a violation of the FLSA or FMLA.

Instead of mailing, you may email your documents to

<mark>SWWH60Followup@dol.gov</mark>

Form WH-60
(Rev. April 2017)

Date:12/14/2023 7:33:21 AM          Case ID: 1984876          Page 2

**U.S. Department of Labor**

Wage and Hour Division
Southwest Regional Office
525 S. Griffin Street Suite 800
Dallas TX 75202
Phone: 972-850-2600
Fax: 214-749-2001



IMPORTANT TAX INFORMATION: The back wages you received are taxable wages subject to employment taxes (federal income tax withholding, social security tax, Medicare tax, and Additional Medicare Tax). The taxes withheld from your back wages are listed on the line labeled "Legal Deductions from Back Wages." You should receive a Form W-2, Wage and Tax Statement, from your employer reporting these amounts. Liquidated damages are not wages for federal employment tax purposes. However, liquidated damages are taxable income and you must report and pay income taxes on this amount. You should receive a Form 1099-MISC, Miscellaneous Income, from your employer reporting the liquidated damages amount. For more information on the tax treatment of settlement proceeds, see IRS Publication 4345, available at www.irs.gov.

If your address changes after you receive this form and before you receive the check(s) for total back wages and any liquidated damages or other compensation due you, or you do not receive a payment within six weeks, please notify this office immediately. If you write be sure to mention the name of the firm as shown above.

Sincerely,


William Lopez
Back Wage Specialist

Enclose

Submit copy of ID/SSN
Or
Submit all forms online at:
https://webapps.dol.gov/wow/

---

COMPLETE ITEM 1 AND SIGN ITEM 2

---

1. I request that payment be addressed to me as follows

---

Print Name: (First, middle, last)                    Social Security No.

---

Address: (Number, street, Apt. No.)

---

City                              State                    ZIP Code

---

2. Signature                                Phone No.

---

E-mail Address

PRIVACY ACT NOTIFICATION:Your Social Security Number is used for paying income and FICA taxes.  Submission is required by 26 U.S.C. 6109.

Date:12/14/2023 7:33:21 AM              Case ID:  1984876

Form WH-60
(Rev. April 2017)
Page 1